## DOROTHY S. MITCHELL *v.* MORRIS SILVERSTEIN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 903 (AC 23445), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Morris Silverstein,* pro se, in support of the petition.

Decided January 22, 2004

## BRIAN NIBLACK *v.* COMMISSIONER OF CORRECTION

The petitioner Brian Niblack's petition for certification for appeal from the Appellate Court, 80 Conn. App. 292 (AC 23580), is denied.

*Salvatore C. Adamo,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided January 22, 2004

## STATE OF CONNECTICUT *v.* VINCENT FERRAIUOLO

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 521 (AC 23973), is denied.

*Lisa J. Steele,* special public defender, in support of the petition.

*Julia K. Conlin,* deputy assistant state's attorney, in opposition.

Decided January 22, 2004